No. 240. SEARS, ROEBUCK & CO. v. MARZALL (WATSON SUBSTITUTED), COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frank H. Marks, C. Willard Hayes* and *Ivan P. Tashof* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Samuel D. Slade* and *Benjamin Forman* for respondent. 

No. 242. SHIPOWNERS & MERCHANTS TUGBOAT CO. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Lloyd M. Tweedt* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Samuel D. Slade, Leavenworth Colby* and *Benjamin Forman* for the United States. 

No. 251. BRUNE v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Frank B. Bozza* for petitioner. *Edward Gaulkin* and *C. William Caruso* for respondent. 

No. 261. GROSS INCOME TAX DIVISION, INDIANA DEPARTMENT OF STATE REVENUE, ET AL. v. SURFACE COMBUSTION CORP. Supreme Court of Indiana. Certiorari denied. *Edwin K. Steers*, Attorney General of Indiana, and *John J. McShane, Lloyd C. Hutchinson, Earl E. Schmadel* and *George B. Hall*, Deputy Attorneys General, for petitioners. *Arthur L. Gilliom, Robert D. Armstrong* and *Elbert R. Gilliom* for respondent. 

No. 262. GROSS INCOME TAX DIVISION, INDIANA DEPARTMENT OF STATE REVENUE, ET AL. v. SURFACE COMBUSTION CORP. Supreme Court of Indiana. Certiorari